# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0960

VERSUS

DEVON KARL MARKS

**JANUARY 9, 2026**

---

In Re:    Devon Karl Marks, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, Nos. 2021-
          209090, 2022-211636.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the bills of information, all pertinent minute entries
and/or transcripts, and any other portions of the district court
record that might support the claims raised in the writ
application. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform
Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the
event relator elects to file a new application with this court,
the application must be filed on or before March 10, 2026. Any
future filing on this issue should include the entire contents of
this application, the missing items noted above, and a copy of
this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT